NYC LAW DEPARTMENT    Fax:212-788-8877    Aug 31 2007 13:01    P.01





MEMO ENDORSED

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JENNAYDRA D. CLUNIS
Room 2-115
Phone: (212) 788-8703
Fax: (212) 788-8877
jclunis@law.nyc.gov

August 31, 2007

<u>By Facsimile to 212-805-7927</u>

Hon. Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07

Re: <u>James v. Dep't of Educ.</u>
Docket No. 07 CV 5789

Dear Judge Buchwald:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendant New York City Department of Education ("DOE") in the above-referenced action. Plaintiff alleges that she was discriminated against based upon her disability and retaliated against her in violation of Title VII, the Americans with Disabilities Act, and the State and City Human Rights Laws. With plaintiff's counsel's consent, defendant writes to respectfully request that the date by which defendant must respond to the complaint be extended from September 4, 2007 to October 12, 2007. This is the defendant's first request for an extension of time.

      In order to respond to the complaint on behalf of the defendant, which must be grounded in knowledge, information and belief formed after reasonable inquiry, as required by Rule 11 of the Federal Rules of Civil Procedure, I must identify, locate and interview those persons with knowledge of the allegations set forth in the complaint and investigate the claims in order to prepare an appropriate response. I also request this additional time due to other work obligations, including a hearing schedule before the New York State Division of Human Rights ("SDHR"), in the matter of <u>Brown v. the City of New York, et al.</u>, SDHR Case Nos. 2308710 and 10116221, which is scheduled for September 24 and 25, 2007.

*[Handwritten margin notes: Application granted. So Ordered. [signature] 9/4/07]*

For the foregoing reasons, defendant respectfully requests an extension of time until October 12, 2007 to respond to the complaint in this action.

Thank you for your consideration of this of request.

Respectfully yours,

Jennaydra D. Clunis (JC 1908)
Assistant Corporation Counsel

cc: Paul N. Cisternino, Esq (By Facsimile)